UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WESLEY U. NEWCOME,

      Plaintiff,

vs.                          CASE NO. 8:11-CV-1167-T-17EAJ

NORMAN BURBINE, et al.,

      Defendants

_____/

ORDER

This cause is before the Court on:

    Dkt. 6    Report and Recommendation
    Dkt. 7    Motion for Extension of Time

A Report and Recommendation has been entered by the assigned Magistrate Judge, in which it is recommended that Plaintiff's Affidavit of Indigency, construed as a motion to proceed in forma pauperis be denied without prejudice, Plaintiff Newcome be granted additional time to file an amended complaint, and Plaintiff's failure to timely file an amended complaint results in the dismissal of this case. Plaintiff Newcome moves for leave of Court to file an amended complaint within thirty days.

The Court has independently reviewed the pleadings. No objection to the Report and Recommendation has been filed. After consideration, the Court adopts the Report and Recommendation. Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted** and is incorporated by reference. The Motion to Proceed IFP is **denied**

Case No. 8:11-CV-1167-T-17EAJ

**without prejudice.** Plaintiff's Motion for Extension of Time is **granted**, and Plaintiff Newcome **shall file** an amended complaint within thirty days of the date of this Order. Failure to file an amended complaint within that time will result in the dismissal of this case.

    **DONE and ORDERED** in Chambers, at Tampa, Florida on this 5th day of July, 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record